**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 00-1368

───────────────

BARBARA M. BUSH,

Plaintiff - Appellant,

versus

PRINCE GEORGE COUNTY; STATE OF MARYLAND;
LESLIE SEID MARGOLIS; STEVEN SIMONE; KAREN
LYNCH; JALAL GREENE, Director, Maryland State
Department of Housing and Community Develop-
ment; FRANKLIN JOHNSON; BLAKE FETROW; LEGAL
AID BUREAU, INCORPORATED; RUBY BURRELL, Direc-
tor; NANCY GLASNICK, Superintendent, Maryland
Department of Education Rehabilitation Ser-
vices; ANDREW CUOMO, U.S. Department of
Housing and Urban Development; DONNA SHALALA,
U.S. Department of Health and Human Services,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
00-597-CCB)

───────────────

Submitted: April 27, 2000          Decided: May 2, 2000

───────────────

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Barbara M. Bush, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barbara M. Bush appeals from the district court's order dismissing her civil rights complaint alleging violations "of the Americans with Disabilities Act . . . and other federal and state laws." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Bush v. Prince George County</u>, No. CA-00-597-CCB (D. Md. Mar. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>